IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROY MUNN, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 4:21-cv-198-RSB-CLR |
| FIFTEEN EAST RIVER STREET, LLC<br>A Domestic Limited Liability Company | : |
| Defendant. | : |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Roy Munn, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this matter without prejudice.

Dated: October 22, 2021

Respectfully Submitted,

By: /s/ Pete M. Monismith
Pete M. Monismith
Georgia Bar 941228
Attorney for Plaintiff
3945 Forbes Ave., #175
Pittsburgh, PA 15213
(tel) 724-610-1881
(fax) 412-258-1309
pete@monismithlaw.com

1