IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROY MUNN, Individually,          )
                                 )
        Plaintiff,               )
                                 )
v.                               )    CASE NO. CV421-198
                                 )
FIFTEEN EAST RIVER STREET, LLC,  )
A Domestic Limited Liability     )
Company,                         )
                                 )
        Defendant.               )

## O R D E R

Before the Court is the Plaintiff's Voluntary Dismissal
Without Prejudice. (Doc. 5.) On November 1, 2021, the Court ordered
Plaintiff to file a brief establishing that Plaintiff had standing
to pursue his claim under the Americans with Disabilities Act.
(Doc. 6.) Plaintiff filed a brief along with an affidavit in which
he provides details supporting his claim that he has standing.
(Doc. 7; Doc. 7, Attach. 1.) Accepting Plaintiff's allegations as
true, the Court finds Plaintiff has alleged facts sufficient to
demonstrate standing at this early stage in the litigation.

Having satisfied its jurisdictional concerns, the Court can
now address Plaintiff's voluntary dismissal. (Doc. 5.) Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" As requested by Plaintiff, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ⁿᵈ day of December 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA